# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA E. KIMBELL, | ) | NO. CV 09-9375 SVW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| GUILLERMO G. GARCIA, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 16, 2011.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE